United States District Court
Southern District of Texas
**ENTERED**
October 20, 2015
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL ACTION H-15-182<br>CRIMINAL ACTION C-10-20-3 |
| TYRONE EUGENE JORDAN *in custody* | § § | |

## Order

The Government's unopposed motion for continuance (Dkt. 74) is GRANTED. It is therefore ORDERED that the sentencing and the final hearing on the violation of supervised release of the defendant are reset to December 4, 2015 at 10:00 a.m. in Courtroom 9-D, 515 Rusk, Houston, Texas. It is further ORDERED that all motions, sentencing memorandums and letters of support shall be filed no later than the Monday prior to sentencing to be considered.

Signed at Houston, Texas on October 20, 2015.

_____
Gray H. Miller
United States District Judge